# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BERZON, MARSHA S. | U.S. CA NINTH CIRCUIT | 08/13/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE - ACTIVE | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

95 SEVENTH STREET
P.O. BOX 1939393
SAN FRANCISCO, CA 94119-3939

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 08/13/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | UC HASTINGS COLLEGE OF THE LAW - TEACHING | $4,166.70 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | SELF-EMPLOYED ATTORNEY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN BAR ASSOCIATION | 03/02/17-03/05/17 | RANCHO MIRAGE, CA | EDUCATIONAL ACTIVITIES | TRAVEL, LODGING, MEALS |
| 2. | UNIVERSITY OF SOUTHERN CALIFORNIA (USC) | 03/10/17-03/10/17 | LOS ANGELES, CA | EDUCATIONAL ACTIVITIES | TRAVEL, LODGING, MEALS |
| 3. | ARIZONA STATE UNIVERSITY | 03/22/17-03/23/17 | TEMPE, AZ | EDUCATIONAL ACTIVITIES | TRAVEL, LODGING, MEALS |
| 4. | UNIVERSITY OF TEXAS | 09/14/17-09/15/17 | AUSTIN, TX | EDUCATIONAL ACTIVITIES | TRAVEL, LODGING, MEALS |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERZON, MARSHA S.** | 08/13/2018 |

6.

| Name of Person Reporting | Date of Report |
|---|---|
| **BERZON, MARSHA S.** | 08/13/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BERZON, MARSHA S. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA ACCOUNTS | A | Interest | K | T | | | | | |
| 2. STERLING BANK & TRUST ACCOUNTS | C | Interest | N | T | | | | | |
| 3. UNION BANK ACCOUNTS | A | Interest | L | T | | | | | |
| 4. AMERICAN INTL GROUP - COMMON STOCK | A | Dividend | | | Sold | 04/21/17 | K | C | |
| 5. CR BARD INCORPORATE - COMMON STOCK | A | Dividend | | | Sold | 12/29/17 | K | E | |
| 6. BERKSHIRE HATHWAY - COMMON STOCK | | None | K | T | | | | | |
| 7. CORNING INC - COMMON STOCK | C | Dividend | M | T | | | | | |
| 8. FISERV INC - COMMON STOCK | | None | K | T | | | | | |
| 9. PEPSICO INC - COMMON STOCK | B | Dividend | K | T | | | | | |
| 10. UNITED TECHNOLOGIES - COMMON STOCK | A | Dividend | K | T | | | | | |
| 11. FLOWSERVE CORP | A | Dividend | | | Sold | 02/23/17 | K | | |
| 12. MONDELEZ INTL | A | Dividend | K | T | | | | | |
| 13. QUALCOMM INC | A | Dividend | K | T | | | | | |
| 14. TIME WARNER INC | A | Dividend | K | T | | | | | |
| 15. WW GRAINGER INC | A | Dividend | | | Sold | 04/21/17 | K | | |
| 16. ALLERGAN PLC | A | Dividend | J | T | | | | | |
| 17. OWENS ILLINOIS INC | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. COLFAX CORPORATION | | None | K | T | | | | | |
| 19. STERICYCLE INC | | None | K | T | | | | | |
| 20. COGNIZANT TECH SOLU | A | Dividend | K | T | | | | | |
| 21. MEDTRONIC PLC | A | Dividend | K | T | Buy | 02/24/17 | K | | |
| 22. NOVARTIS AG | A | Dividend | K | T | Buy | 02/23/17 | K | | |
| 23. EXPEDIA INC | A | Dividend | K | T | Buy | 04/21/17 | K | | |
| 24. PRICELINE GROUP | | None | K | T | Buy | 04/21/17 | K | | |
| 25. RETIREMENT ACCOUNT (H) *1 | | | | | | | | | |
| 26. -OPPENHEIMER INTERNATIONAL BOND FUND (I) | C | Dividend | L | T | Buy (add'l) | 03/13/17 | J | | |
| 27. | | | | | Sold (part) | 10/26/17 | J | | |
| 28. | | | | | Buy (add'l) | 05/12/17 | J | | |
| 29. | | | | | Buy (add'l) | 11/10/17 | J | | |
| 30. | | | | | Sold (part) | 12/01/17 | J | A | |
| 31. -DFA U.S. SMALL CAP VALUE PORT | B | Dividend | K | T | Buy (add'l) | 03/13/17 | J | | |
| 32. | | | | | Sold (part) | 10/26/17 | J | A | |
| 33. | | | | | Sold (part) | 12/01/17 | J | A | |
| 34. | | | | | Sold (part) | 05/12/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 11/10/17 | J | A | |
| 36. -VANGUARD EQUITY INCOME FUND (ADM) | B | Dividend | L | T | Buy (add'l) | 03/13/17 | J | | |
| 37. | | | | | Sold (part) | 10/26/17 | J | A | |
| 38. | | | | | Sold (part) | 12/01/17 | J | A | |
| 39. | | | | | Sold (part) | 05/12/17 | J | A | |
| 40. | | | | | Sold (part) | 11/10/17 | J | A | |
| 41. -VANGUARD REIT INDEX FUND (ADM) | B | Dividend | K | T | Buy (add'l) | 03/13/17 | J | | |
| 42. | | | | | Sold (part) | 10/26/17 | J | A | |
| 43. | | | | | Sold (part) | 12/01/17 | J | A | |
| 44. | | | | | Sold (part) | 05/12/17 | J | A | |
| 45. | | | | | Sold (part) | 11/10/17 | J | A | |
| 46. -VANGUARD SMALL-CAP GROWTH INDEX FUND (ADM) | A | Dividend | K | T | Buy (add'l) | 03/13/17 | J | | |
| 47. | | | | | Sold (part) | 10/26/17 | J | A | |
| 48. | | | | | Sold (part) | 12/01/17 | J | A | |
| 49. | | | | | Sold (part) | 05/12/17 | J | A | |
| 50. | | | | | Sold (part) | 11/10/17 | J | A | |
| 51. -VANGUARD 500 INDEX FUND (ADM) | C | Dividend | M | T | Buy (add'l) | 03/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 10/26/17 | J | B | |
| 53. | | | | | Sold (part) | 12/01/17 | J | B | |
| 54. | | | | | Sold (part) | 05/12/17 | J | B | |
| 55. | | | | | Sold (part) | 11/10/17 | J | B | |
| 56. -VANGUARD TOTAL INTL. STOCK INDEX FUND (ADM) | C | Dividend | M | T | Buy (add'l) | 03/13/17 | J | | |
| 57. | | | | | Sold (part) | 10/26/17 | J | A | |
| 58. | | | | | Sold (part) | 12/01/17 | J | A | |
| 59. | | | | | Sold (part) | 05/12/17 | J | A | |
| 60. | | | | | Sold (part) | 11/10/17 | J | A | |
| 61. -VANGUARD INTERMED.-TERM BOND INDEX FUND (ADM) | D | Dividend | N | T | Buy (add'l) | 03/13/17 | J | | |
| 62. | | | | | Sold (part) | 10/26/17 | J | | |
| 63. | | | | | Buy (add'l) | 05/12/17 | J | | |
| 64. | | | | | Buy (add'l) | 11/10/17 | J | | |
| 65. | | | | | Sold (part) | 12/01/17 | J | | |
| 66. -VANGUARD SHORT-TERM BOND INDEX FUND (ADM) | C | Dividend | N | T | Buy (add'l) | 03/13/17 | J | | |
| 67. | | | | | Buy (add'l) | 05/12/17 | J | | |
| 68. | | | | | Buy (add'l) | 11/10/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/26/17 | J | | |
| 70. | | | | | Sold (part) | 12/01/17 | J | | |
| 71. -VANGUARD INFLATION-PROTECTED SECS (ADM) | B | Dividend | L | T | Buy (add'l) | 03/13/17 | J | | |
| 72. | | | | | Sold (part) | 10/26/17 | J | | |
| 73. | | | | | Buy (add'l) | 05/12/17 | J | | |
| 74. | | | | | Buy (add'l) | 11/10/17 | J | | |
| 75. | | | | | Sold (part) | 12/01/17 | J | A | |
| 76. SPOUSE'S CAPITAL ACCOUNT IN LAW FIRM PARTNERSHIP - BANK OF AMERICA*2 | A | Interest | J | U | | | | | |
| 77. CHARLES SCHWAB BANK N A DEPOSIT ACCOUNT | A | Interest | K | T | | | | | |
| 78. DFA CALIFORNIA SHORT-TERM MUNI BOND | C | Dividend | N | T | Sold (part) | 03/02/17 | K | C | |
| 79. DFA EMERGING MARKETS CORE EQUITY | D | Dividend | N | T | | | | | |
| 80. DFA INTERNATIONAL VALUE | C | Dividend | M | T | Buy (add'l) | 03/02/17 | K | | |
| 81. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 82. DFA INT'L SMALL CAP VALUE | C | Dividend | L | T | Sold (part) | 03/02/17 | J | B | |
| 83. DFA INT'L SMALL COMPANY | C | Dividend | L | T | Sold (part) | 03/02/17 | J | A | |
| 84. DFA REAL ESTATE SECURITIES | A | Dividend | J | T | Buy | 03/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. DFA U.S. LARGE CAP VALUE | E | Dividend | N | T | Buy (add'l) | 11/01/17 | K | | |
| 86. | | | | | Sold (part) | 03/02/17 | J | B | |
| 87. DFA U.S. MICRO CAP | C | Dividend | L | T | Sold (part) | 11/01/17 | K | C | |
| 88. DFA U.S. SMALL CAP | D | Dividend | M | T | Sold (part) | 03/02/17 | K | D | |
| 89. | | | | | Sold (part) | 11/01/17 | K | D | |
| 90. DFA U.S. SMALL CAP VALUE | D | Dividend | N | T | Buy (add'l) | 11/01/17 | K | | |
| 91. | | | | | Sold (part) | 03/02/17 | K | C | |
| 92. PIMCO FOREIGN BOND HEDGED | C | Dividend | N | T | Buy (add'l) | 03/02/17 | K | | |
| 93. PIMCO REAL RETURN INSTL | C | Dividend | M | T | | | | | |
| 94. POWERSHARES QQQ ETF | A | Dividend | L | T | Sold (part) | 03/02/17 | J | C | |
| 95. SPDR S&P 500 INDEX ETF | E | Dividend | O | T | Sold (part) | 03/02/17 | K | C | |
| 96. | | | | | Sold (part) | 11/01/17 | M | E | |
| 97. VANGUARD CA INTERM TERM TAX-EX ADMIRAL | D | Dividend | O | T | Buy (add'l) | 03/02/17 | M | | |
| 98. | | | | | Buy (add'l) | 06/30/17 | K | | |
| 99. | | | | | Buy (add'l) | 12/22/17 | K | | |
| 100. VANGUARD EQUITY INCOME FUND ADMIRAL | D | Dividend | M | T | | | | | |
| 101. VANGUARD FIXED INCOME INFLATION PROTECTED | D | Dividend | O | T | Buy (add'l) | 03/02/17 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Buy (add'l) | 11/01/17 | K | | |
| 103. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 104. | | | | | Buy (add'l) | 02/06/17 | J | | |
| 105. VANGUARD FTSE DEVELOPED MARKETS ETF | D | Dividend | N | T | Sold (part) | 11/01/17 | L | D | |
| 106. VANGUARD INFORMATION TECHNOLOGY ETF | B | Dividend | M | T | Sold (part) | 11/01/17 | K | E | |
| 107. VANGUARD INTERM-TERM TAX-EXMPT ADMIRAL | C | Dividend | M | T | Buy (add'l) | 03/02/17 | K | | |
| 108. | | | | | Buy (add'l) | 11/01/17 | K | | |
| 109. VANGUARD LTD TERM TAX EXEMPT ADMIRAL | E | Dividend | P1 | T | Buy (add'l) | 02/06/17 | K | | |
| 110. VANGUARD SHORT TERM TAX-EX ADMIRAL | C | Dividend | N | T | | | | | |
| 111. ANAHEIM CALIF ELEM SCH DIST 4% | B | Interest | K | T | | | | | |
| 112. ANTIOCH CALIF PFA 5% DUE 5/1/23 | B | Interest | K | T | | | | | |
| 113. CALIFORNIA MUN FIN AUTH REV 5% DUE 10/1/24 | B | Interest | K | T | | | | | |
| 114. CALIFORNIA ST DEPT WTR RES CEN 5% DUE 12/1/28 | B | Interest | K | T | | | | | |
| 115. CALIFORNIA ST DEPT WTR RES PWR 4% DUE 5/1/18 | A | Interest | K | T | Buy | 05/10/17 | K | | |
| 116. CALIFORNIA ST DEPT WTR RES PWR PWR SUPPL 5% DUE 5/1/17 | B | Interest | | | Matured | 05/01/17 | K | | |
| 117. CAMPBELL CALIF UN HIGH SCH DIS 5% DUE 8/1/28 | B | Interest | K | T | | | | | |
| 118. CARLSBAD CALIF UNI SCH DIST5% DUE 8/1/27 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119.  CUCAMONGA VY CALIF WTR DIST FI 5% DUE 9/1/22 | B | Interest | K | T | | | | | |
| 120.  FOOTHILL-DE ANZA CALIF CMNTYC 5.25% DUE 8/1/20 | B | Interest | K | T | | | | | |
| 121.  IMPERIAL CALIF IRR DIST WTR SY 4% DUE 7/1/18 | B | Interest | K | T | | | | | |
| 122.  LONG BEACH CALIF HBR REV 5% DUE 5/15/20 | B | Interest | K | T | | | | | |
| 123.  LOS ANGELES CNTY CALIF MET TRA 5% DUE 7/1/23 | A | Interest | K | T | Buy | 01/26/17 | K | | |
| 124.  LOS ANGELES CNTY CALIF SANTN D 5% 10/1/18 | B | Interest | K | T | | | | | |
| 125.  MARIN CALIF CMNTY COLLEGE DIST 4% DUE 8/1/21 | A | Interest | K | T | Buy | 05/15/17 | L | | |
| 126.  MIDPENINSULA REGL OPEN SPACE D 5% DUE 9/1/29 | | None | K | T | Buy | 12/14/17 | K | | |
| 127.  MORELAND CALIF SCH DIST 5% DUE 8/1/24 | B | Interest | K | T | | | | | |
| 128.  OLIVENHAIN CA MUN WTR DIST CALIF 5% DUE 6/1/23 | B | Interest | K | T | | | | | |
| 129.  ORANGE CNTY CALIF SANTN WASTEW 5% DUE 2/1/20 | B | Interest | K | T | | | | | |
| 130.  PERALTA CALIF CMNTY COLEEGE DI 5% DUE 8/1/25 | B | Interest | K | T | | | | | |
| 131.  SAN BERNARDINO CNTY CALIF TRAN 4% DUE 3/1/21 | B | Interest | K | T | | | | | |
| 132.  SAN DIEGO CALIF PUB FACS FING 5% DUE 5/1/17 | A | Interest | | | Matured | 05/15/17 | K | | |
| 133.  SAN DIEGO CNTY CALIF WTR AUTH 5.25% DUE 5/1/18 | B | Interest | K | T | | | | | |
| 134.  SAN FRANCISCO CALIF BART 5% DUE 7/1/20 | B | Interest | K | T | | | | | |
| 135.  SAN FRANCISCO CALIF CITY& CNT 5% DUE 5/1/18 | B | Interest | | | Sold | 01/26/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,000 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. SAN FRANCISCO CNTY CALIF TRANS 4% DUE 2/1/27 | | None | K | T | Buy | 10/19/17 | K | | |
| 137. SAN LUIS CALIF COASTAL UNI SCH 5% DUE 8/1/21 | B | Interest | K | T | | | | | |
| 138. SAN MATEO CNTY CALIF TRAN DIST 5% DUE 6/1/26 | B | Interest | K | T | | | | | |
| 139. SANTA CLARA VY CALIF TRANSN AU 5% DUE 4/1/17 | A | Interest | | | Matured | 01/26/17 | K | | |
| 140. SCHWAB CA MUNI MONEY FUND | A | Interest | K | T | | | | | |
| 141. SOUTHERN CALIF PUB PWR AUTH TR 5% DUE 7/1/19 | B | Interest | K | T | | | | | |
| 142. SWEETWATER CALIF UN HIGH SCH D 5% DUE 8/1/38 | B | Interest | | | Sold | 10/20/17 | K | | |
| 143. UNITED STATES TREAS NTS | A | Interest | | | Buy | 08/23/17 | K | | |
| 144. | | | | | Sold | 12/14/17 | K | | |
| 145. UNIVERSITY CALIF PUBL EDUC 5% DUE 5/15/27 | B | Interest | K | T | | | | | |
| 146. IRA (H) | | | | | | | | | |
| 147. -DFA INT'L SMALL CAP VALUE | | None | | | Sold | 03/02/17 | J | A | |
| 148. -DFA REAL ESTATE SECURITIES | B | Dividend | K | T | Buy (add'l) | 03/03/17 | J | | |
| 149. -PIMCO FOREIGN BOND HEDGED | A | Dividend | J | T | | | | | |
| 150. -VANGUARD REIT INDEX ETF | B | Dividend | L | T | | | | | |
| 151. -VANGUARD TOTAL BOND MKT INDEX ADMIRAL | C | Dividend | M | T | Sold (part) | 11/01/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*1 SALES 12/01/17 MADE TO MEET REQUIRED MINIMUM DISTRIBUTION (RMD).
*2 THE EARNINGS REPORTED IN PART VII REPRESENT          DISTRIBUTIVE SHARE OF PARTNERSHIP INTEREST INCOME..

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **MARSHA S. BERZON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544